UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                  :

UNITED STATES OF AMERICA,              :    **ORDER**

                                                                                  :
                                                                                   :    S1 19 Cr. 779 (AKH)

          -against-                                              :

KYLE MULLINGS,                                  :

                                   Defendant.      :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       As discussed at the conference held today, December 1, 2020, the next pretrial conference will be held on February 5, 2021, at 12:00 p.m.[1]  Time is excluded to February 5, 2021, in the interest of justice.  *See* 18 U.S.C. § 3161.

       SO ORDERED.

Dated:    December 1, 2020                          /s/ Alvin K. Hellerstein
            New York, New York                     ALVIN K. HELLERSTEIN
                                                             United States District Judge

---

[1] The Government has been ordered to file an amended indictment reflecting separate trials for Defendants Jose Rodriguez and Kyle Mullings.  *See United States v. Jose Rodriguez*, No. 19-CR-779-1, ECF No. 43.  At the conference held today, the Court indicated that the Defendants' cases shall proceed under separate docket numbers.  Upon further considerations, the Court ruled that the proceedings shall remain under the same docket number despite the separate trials.