UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                :
UNITED STATES OF AMERICA    :
                :  **ORDER REGULATING**
                :  **PROCEEDINGS**
   -against-         :
                :  19 Cr. 779 (AKH)
                :
JOSE RODRIGUEZ and KYLE MULLINGS,  :
                :
         Defendants.  :
                :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 26, 2021, the Government disclosed to Defendants and the Court of an issue involving data printouts generated by the New York City Police Department, and offered to produce such data printouts for Defendants' inspection. The Government shall do so by June 7, 2021. Defendants shall file any motions regarding the Government's disclosure by June 15, 2021, and the Government shall file opposition papers by June 22, 2021. The parties are hereby ordered to appear for a hearing on this matter on June 30, 2021, at 2:30 p.m.

        Pending matters previously scheduled for June 7, 2021, namely, the sentencing of Defendant Rodriguez at 11:00 a.m. and the pretrial conference with Defendant Mulling at 2:30 p.m., are hereby adjourned to July 8, 2021, at 10:30 a.m. and 11:30 a.m., respectively.

        Time is excluded to July 8, 2021, in the interest of justice. *See* 18 U.S.C. § 3161(h)(7).

    SO ORDERED.

Dated:                                                                    _____/s/_____
June 2, 2021
New York, New York                                       ALVIN K. HELLERSTEIN
                                                                 United States District Judge