UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                :
UNITED STATES OF AMERICA      :
                :    **ORDER REGULATING**
                :    **PROCEEDINGS**
      -against-            :
                :    19 Cr. 779 (AKH)
                :
JOSE RODRIGUEZ and KYLE MULLINGS,    :
                :
           Defendants.    :
                :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In response to the Court's order dated June 2, 2021, ECF No. 64, Defendants Jose Rodriguez and Kyle Mullings informed the Court that they elect not to make any motions regarding the Government's NYPD data printout disclosure, after their counsel had ample opportunity to review the Government's productions. *See* ECF Nos. 65, 66.[1]

        As such, the hearing on this matter scheduled to be held on June 30, 2021, is canceled. The pretrial conference with Defendant Kyle Mulling and the sentencing of Defendant Jose Rodriguez shall continue.

        SO ORDERED.

Dated:     June 29, 2021                             _____/s/_____
            New York, New York                 ALVIN K. HELLERSTEIN
                                                                  United States District Judge

---

[1] Defendant Mullings noted in his letter that he reserves his "right to move *in limine* to challenge the admissibility of such evidence under Rules 401, 402, 403, and 404, as well as to change [his] position on the matter should the Government supersede the indictment to include narcotics offenses." ECF No. 65.