UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                  :
                                          :
                                          :     **SCHEDULING ORDER**
            -against-                     :
                                          :     19 Cr. 779 (AKH)
                                          :
                                          :
KYLE MULLINGS,                            :
                                          :
                       Defendant.         :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   On December 10, 2021 Defendant submitted a letter seeking release on bond and requesting a bail hearing. Defendant also requests that I adjourn the date set for trial. The Government opposes both requests. Accordingly, the parties are hereby ordered to appear for a telephonic bail hearing on January 6, 2022, at 9:30 a.m., which will be held via the following call-in number:

   **Call-in number: 888-363-4749**

   **Access code: 7518680**

   To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

   Finally, no later than January 4, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

   SO ORDERED.

Dated: December 22, 2021     ___/s/ Alvin K. Hellerstein_____
     New York, New York     ALVIN K. HELLERSTEIN
                 United States District Judge