```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
UNITED STATES OF AMERICA
                                   :
          - v. -                       ORDER
                                   :
KYLE MULLINGS,
                                   :   19 Cr. 779 (AKH)
            Defendant.             :

----------------------------------x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Katharine H. Parker on March 3, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          March 15, 2022

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK